433 A.2d 97

Commonwealth v. Badman, etc., Appellant.

Argued March 3, 1980. Raymond J. Lobos, for appellant; Thomas C. Clark, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Affirmed.

433 A.2d 98

Commonwealth v. Grant, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SHERTZ, and WIEAND, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.